IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDY K. GROVE and MARK GROVE, | ) | 1:14-cv-01167-SEB-MJD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Agreed Stipulation of Dismissal With Prejudice, and the Court having duly considered the same.

IT IS THEREFORE ORDERED that the above-captioned cause of action be and hereby is dismissed, with prejudice, the parties to bear and pay their respective costs without reimbursement.

DATED:  08/24/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

Charles Phillip Dargo
dargo@bettercallmylawyer.com

Christopher P. Phillips
phillips@bettercallmylawyer.com

Kevin C. Schiferl
kschiferl@fbtlaw.com

Blake N. Shelby
bshelby@fbtlaw.com

Stephen S. Muhich
smuhich@dykema.com